UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kenneth Eng
_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

B3 Legal
_____
Craig Brown
_____
Shawn Treadwell
_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

14CV2442

COMPLAINT

Jury Trial:  ☐ Yes   ☒ No

(check one)

APR - 7 2014

PRO SE

I.     **Parties in this complaint:**

A.     List your name, address and telephone number. If you are presently in custody, include your
       identification number and the name and address of your current place of confinement. Do the same
       for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff       Name   Kenneth Eng
                Street Address   4266 Saull Street
                County, City   NY
                State & Zip Code   NY 11355
                Telephone Number

B.     List all defendants. You should state the full name of the defendant, even if that defendant is a
       government agency, an organization, a corporation, or an individual. Include the address where
       each defendant may be served. Make sure that the defendant(s) listed below are identical to those
       contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1      Name   Craig Brown
                     Street Address   228 East 45th Street

County, City NY _____

State & Zip Code NY 10017 _____

Telephone Number _____

**Defendant No. 2**   Name Shawn Treadwell _____

Street Address Same as above _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 3**   Name B3 Legal _____

Street Address Same as above _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 4**   Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions                    ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right

is at issue? _____

42 U.S. Code § 2000e–2 _____

_____

_____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

## III.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur? _____
B3 Legal offices
_____

B.      What date and approximate time did the events giving rise to your claim(s) occur? _____
September 13, 2013, morning
_____

C.      Facts: On Friday, September 13, 2013, Craig Brown made the following remark: "The Japanese think
they are the kings of Asia". His employees, especially Shawn Treadwell, seemed to delight in this racist remark.
Five minutes later, Mr. Brown asked me into his office and asked me if I knew any Asian languages. He listed
Asian languages – Chinese, Japanese, Korean. This leads me to think that he did not know the difference between
different Asian ethnicities. Furthermore, I was the only Asian employee at that office.

In addition, CL Staffing was about to put me on their payroll, but sent me a check instead after I complained. This qualifies as retaliation. Please see attached documents

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

Psychological.

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _____

I am seeking $5,000,000 from Mr. Brown and $7,000,000 from Mr. Treadwell.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 2 day of April , 20 14 .

Signature of Plaintiff _Kenneth Ey_

Mailing Address        4266 Saull Street

                       Flushing, NY 11355

Telephone Number       917-573-9453

Fax Number *(if you have one)* _____

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20 ___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number           _____

*Rev. 05/2010*