

Kenneth Eng< kennetheng203@gmail.com>

## Please call us
5 messages

---

**Karen Gallagher** < karen@c2staffingsolutions.com>       Mon, Sep 16, 2013 at 8:34 AM
To: Kenneth Eng <kennetheng203@gmail.com>
Cc: Irene Priwall <irene@c2staffingsolutions.com>

Hi Kenneth: Can you please call us today. We need your updated address and all pertinent information for payroll. Thanks Karen

--
Karen Gallagher
C2 Staffing Solutions
www.c2staffingsolutions.com
ny office: (212) 320-0200
ct office/fax: (203) 889-4990
mobile: (917) 613-3027
email: karen@c2staffingsolutions.com

---

**Kenneth Eng**< kennetheng203@gmail.com>       Mon, Sep 16, 2013 at 10:32 PM
To: Karen Gallagher <karen@c2staffingsolutions.com>

Hi Karen,

I remember you called me earlier today, so I will assume this email is old. If you would like additional information, feel free to call me again.

Kenneth
[Quoted text hidden]

---

**Karen Gallagher** < karen@c2staffingsolutions.com>       Tue, Sep 17, 2013 at 7:35 AM
To: Kenneth Eng <kennetheng203@gmail.com>

yes, it's an old email- How are you feeling? I heard you've been coughing alot....
[Quoted text hidden]

---

**Kenneth Eng** < kennetheng203@gmail.com>       Tue, Sep 17, 2013 at 8:35 PM
To: Karen Gallagher <karen@c2staffingsolutions.com>

Hi Karen,

Thanks for your concern. I feel fine. It's a condition that I'm going to see a doctor about tomorrow.

B3 Legal said that they no longer needed me for now, but that they might need me in the future. I hope to work with them again.

Would you mind letting me know if you received the timesheets? It would be appreciated.

Kenneth
[Quoted text hidden]

---

**Kenneth Eng**< kennetheng203@gmail.com>  Tue, Sep 24, 2013 at 6:26 PM
To: Karen Gallagher <karen@c2staffingsolutions.com>

Hello Karen,

After some thought, I have decided that I should inform you of a matter that I probably should have mentioned earlier.

During my assignment at B3 Legal, I encountered discrimination based on my ethnicity. On Friday, September 13, the supervisor of the office, Craig Brown, made the following comment: "The Japanese think they are the kings of Asia." The other employees seemed to join in on his attempt at humor.

Five minutes later, Mr. Brown asked me into his office to ask me if I knew any Asian languages. I was the only Asian employee in the office that I was aware of. He listed Asian languages to me, asking me if I knew any of them -- Chinese, Korean, Japanese. This leads me to think that he could not distinguish one type of Asian ethnicity from another. Furthermore, he did not ask me if I spoke any non-Asian languages.

I originally did not want to bring this up because I was unsure of what course of action to take, but after some thought, I decided that I should inform you. I doubt that a right-minded person would call a Caucasian person into the office only to list a variety of European languages and ask if he/she can speak any of them.

I was particularly upset because of the recent controversy over news anchor Julie Chen's having had eyelid surgery to look less Asian due to discrimination in the workplace.

I am not trying to tell you what course of action to take against B3 Legal or Mr. Brown; I'm merely informing you that as an Asian Man, I was very angry at his remarks. I continued working there until the assignment was complete partly because I did not want to disappoint C2 Staffing after you went through such trouble to find me that position.

Currently, I am filing a complaint with the EEOC and other agencies. Racism is protected by the First Amendment, but to my knowledge, the First Amendment is partially suspended in the workplace environment according to US law.

I hope this does not damage my relationship with C2 Staffing, but I need to take action.

Kenneth
[Quoted text hidden]



Kenneth Eng< kennetheng203@gmail.com>

# From Kenneth

3 messages

---

**Kenneth Eng**< kennetheng203@gmail.com>  
To: irene@c2staffingsolutions.com

Thu, Sep 19, 2013 at 1:15 PM

Hello Irene,

Thanks again to you and Karen for the assignment at B3. Here is the information you requested:

4266 Saull Street  
Flushing, NY 11355

I look forward to the possibility of working with B3 again, or other potential employers.

Kenneth

---

**Irene Priwall**< irene@c2staffingsolutions.com>  
To: Kenneth Eng <kennetheng203@gmail.com>  
Cc: Karen Gallagher <karen@c2staffingsolutions.com>

Thu, Sep 19, 2013 at 1:26 PM

Hi Kenneth. I also need yr SS#, Marital Status and number of Withholdings. Tks. Irene.
[Quoted text hidden]

--
Irene  
Operations Manager

We welcome referrals..Please have them send resume to: irene@c2staffingsolutions.com

---

**Kenneth Eng** < kennetheng203@gmail.com>  
To: Irene Priwall <irene@c2staffingsolutions.com>

Thu, Sep 19, 2013 at 2:01 PM

Hello Ms. Priwall,

SSN: 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  
Marital Status: Single

I do not have enough knowledge of taxes to give reliable information on my withholdings, but I do not have any dependents. If you would like me to research this further, feel free to tell me.

Kenneth  
[Quoted text hidden]