UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KENNETH ENG,

                                                      Plaintiffs,        **DEFENDANTS' NOTICE OF MOTION TO DISMISS**

            -against-

                                                              14-CV-2442 (JPO)

B3 LEGAL, CRAIG BROWN, and SHAWN
TREDWELL,

                                                     Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE,** that upon the accompanying Defendants' Memorandum of Law In Support Of Their Motion To Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dated June 20, 2014, the Declaration of Sophia Ree, dated June 20, 2014, and the exhibits attached thereto, and all prior papers and proceedings heretofore had herein, Defendants Balint Brown & Basri LLC, incorrectly sued herein as B3 Legal ("B3 Legal"), Craig Brown, and Shawn Treadwell (collectively, "Defendants") will move this Court, before the Honorable J. Paul Oetken, United States District Judge, Southern District of New York, at the Courthouse thereof, 40 Foley Square, New York, New York on a date and time to be set by the Court, for a judgment, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP"), dismissing the Complaint, filed April 7, 2014, in its entirety, with prejudice, on the ground that the Complaint fails to state a claim upon which relief can be granted, and awarding such other and further relief as the Court deems just and proper.

568011.1

- 1 -

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to Local Rule 6.1(b) of the Civil Rules for the Southern District of New York, papers in opposition to Defendants' motion to dismiss, if any, are to be served within fourteen (14) days after Defendants' service of the moving papers or whatever time the Court deems appropriate.

Dated: New York, New York
      June 20, 2014

                    Yours,

                    **LANDMAN CORSI BALLAINE & FORD P.C.**

By: _____
      Sophia Ree
      Jaime L. Greenblatt
      Attorneys for Defendants
      120 Broadway, 27th Floor
      New York, NY 10271-0079
      (212) 238-4800
      sree@lcbf.com
      jgreenblatt@lcbf.com

TO:    Kenneth Eng
        Plaintiff *pro se*
        4266 Saull Street
        Flushing, New York 11355