14cv 4852
14cv 3734
14cv 2442
14cv 2365

US District Court, Southern
Pro Se
500 Pearl Street
NY, NY 10007

June 25, 2014

Kenneth Eng
4266 Saull Street
Flushing, NY 11355
Phone: 917-573-9453

Judges That Are Handling My Cases:

I would like to redact my address from all of my lawsuits. Someone has posted my address on the internet after having acquired a copy of a few of my lawsuits. I was instructed to list the case numbers of the lawsuits in question, but upon attempting, I realized that I do not have the numbers to certain cases I recently filed.

This means that I would also like to redact my address from lawsuits I filed in the past that have been sealed/closed. I would also like to redact my address on this letter.

Kenneth Eng

*[signature: Kenneth Eng]*

JUN 27 2014
PRO SE OFFICE



Return address:
Kenneth Eng
4266 Saull St.
Flushing, NY 11355

Addressed to:
US District Court, Southern
Pro Se
500 Pearl St.
NY NY 10007

Postmark: NEW YORK NY 100, 26 JUN '14, PM 1 L