# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

120 BROADWAY
27TH FLOOR
NEW YORK, NY 10271-0079
TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848
www.lcbf.com

JAIME L. GREENBLATT
ASSOCIATE
TEL: (212) 238-4800
EMAIL: jgreenblatt@lcbf.com

One Gateway Center
Newark, NJ 07102
Tel: (973) 623-2700

1617 JFK Boulevard
Philadelphia, PA 19103
Tel: (215) 561-8540

September 12, 2014

***Via ECF***

Hon. J. Paul Oetken
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

**Re:**   **Eng v. B3 Legal, *et al***
         **Case No. 1:14-cv-02442 (JPO)**
         **Our File No.: 363-12**

Dear Judge Oetken:

We represent defendants Balint Brown & Basri LLC, incorrectly sued herein as B3 Legal ("B3 Legal"), Craig Brown, and Shawn Treadwell (collectively, "Defendants") in the above-captioned matter. Defendants were served with a mailed copy of Plaintiff Kenneth Eng's ("Eng") *pro se* complaint (the "Complaint") in this matter on May 30, 2014. *See* Docket Nos. 2, 5. Accordingly, Defendants filed a motion to dismiss the Complaint (the "Motion to Dismiss") on June 20, 2014, and served Plaintiff with a copy of the Motion to Dismiss on June 24, 2014. *See* Docket Nos. 6-8. To date, Plaintiff has not filed any opposition to the Motion to Dismiss.

On August 26, 2014, Defendants were served with an additional copy of the Complaint. On September 11, 2014, the United States Marshal's Office filed Process Receipts and Return of Service for each Defendant, and this Court's docket was updated to reflect deadlines of September 16, 2014 for the Defendants to answer. *See* Docket Nos. 11-13.

Given that Defendants have already filed the Motion to Dismiss, we respectfully request that the Court consider the Motion to Dismiss as Defendants response to the Complaint. Additionally, because the Motion to Dismiss has remained unopposed for close to three months, we respectfully request that the Motion to Dismiss be marked submitted.

In the event that a response to the Complaint beyond our Motion to Dismiss is necessary, please contact the undersigned.

**Landman Corsi Ballaine & Ford P.C.**

Hon. J. Paul Oetken
September 11, 2014
Page 2

Thank you for your courtesy in this matter.

Respectfully submitted,

Jaime L. Greenblatt

cc:    Kenneth Eng

573098.1